

Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Foreign Limited Liability Company
CHSPSC, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M15000000841 |
| **FEI/EIN Number** | 51-0335957 |
| **Date Filed** | 02/02/2015 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

4000 Meridian Boulevard
Franklin, TN 37067

Changed: 04/25/2019

**Mailing Address**

4000 Meridian Boulevard
Franklin, TN 37067

Changed: 04/25/2019

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

**Authorized Person(s) Detail**

**Name & Address**

Title Manager

Hingtgen, Tim L.
4000 Meridian Boulevard
Franklin, TN 37067

Title Manager

Hammons, Kevin J.
4000 Meridian Boulevard
Franklin, TN 37067

Exhibit E

Title Manager

Fordham, Benjamin C.
4000 Meridian Boulevard
Franklin, TN 37067

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 04/21/2018 |
| 2019 | 04/25/2019 |
| 2020 | 04/15/2020 |

**Document Images**

| | |
|---|---|
| 04/15/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/02/2015 -- Foreign Limited | View image in PDF format |

Florida Department of State, Division of Corporations